TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00162-CV

Simon Property Group Texas, L.P., Appellant

v.

Travis Central Appraisal District, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 94-09011, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion to reverse and remand for entry of an amended
final judgment. The parties' agreed motion is granted. Tex. R. App. P. 59(a)(1)(A). 

 The judgment of the trial court dated November 22, 1995 is reversed and the cause
remanded for entry of judgment in conformity with the parties' settlement agreement.

Before Justices Powers, Aboussie and Jones

Reversed and Remanded on Agreed Motion

Filed: October 2, 1996

Do Not Publish